IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARILYN B. NATASHA SATTERWHITE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIV. A. NO. 17-0303-JB-MU |
| ) | |
| DEIDRA WRIGHT, ) | |
| ) | |
| Respondent. ) | |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

**DONE** this 9th day of May, 2019.

s/JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE