IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARILYN B. NATASHA SATTERWHITE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIV. A. NO. 17-0303-JB-MU |
| ) | |
| DEIDRA WRIGHT, ) | |
| ) | |
| Respondent. ) | |

## **JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Petitioner's rights were not violated in this cause and that her Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254 (Doc. 1) is **DENIED**. Petitioner is not entitled to a certificate of appealability and, therefore, she is not entitled to appeal *in forma pauperis*.

**DONE** this 9th day of May, 2019.

s/JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE